UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA,           :   08 CR. 124 (DLC)
                                    :
         -v-                        :   ORDER
                                    :
JOSEPH RAY JORDAN,                  :
                                    :
              Defendant.            :
                                    :
------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/18/08

DENISE COTE, District Judge:

On March 11, 2008 this Court received two sets of submissions from the defendant with no indication that it had been served on his attorney or the Government.  A copy of the letters are being provided to defense counsel.  It is hereby

ORDERED that the defendant shall cease corresponding directly with the Court.  So long as the defendant is represented by counsel, all communications with the Court must be made through defendant's attorney.

Dated:   New York, New York
         March 17, 2008

                                    _____
                                          DENISE COTE
                                    United States District Judge