# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director*

*Southern District of New York*
John J. Byrnes
*Attorney-in-Charge*



April 2, 2008

**BY HAND**

Honorable Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl Street, Room 1040
New York, NY 10007

Re: **United States v. Joseph Jordan**
    **08 Cr. 124 (DLC)**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08

MEMO ENDORSED

Dear Judge Cote:

I write on behalf of my client, Joseph Jordan, to respectfully request that the Court set a motion schedule at the upcoming May 8, 2008 conference. At the previous conference, the Court had set a tentative motion date for this Friday, April 4, 2008.

The defense does anticipate filing motions, but we require additional time both to prepare the motions and to confer with the Government on a number of discovery issues. We also understand that the Government will be providing some additional discovery. I have spoken to Assistant United States Attorney, Howard Master, who consents to this request on behalf of the Government.

Respectfully submitted,

Fiona Doherty
Attorney for **Joseph Jordan**
Tel.: (212) 417-8734

Granted.
Denise Cote
April 2, 2008

cc: Howard Master, Esq.
    Assistant United States Attorney (by hand)