UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

UNITED STATES OF AMERICA           :

         v.                                                     :

JOSEPH JORDAN,                                  :

               Defendant.                       :

----------------------------------------------------------x

**NOTICE OF MOTION**

08 Cr. 124 (DLC)

     **PLEASE TAKE NOTICE**, that upon the annexed affirmations of Joseph Jordan and Fiona Doherty, Esq., and the accompanying Memorandum of Law, the undersigned will move this Court, before the Honorable Denise L. Cote, United States District Judge for the Southern District of New York, at a time to be designated by the Court, for an order, pursuant to Rules 12 and 41(h) of the Federal Rules of Criminal Procedure, suppressing statements obtained from Mr. Jordan in violation of <u>Miranda v. Arizona</u>, 384 U.S. 436 (1966), and the Fifth and Sixth Amendments to the United States Constitution, or granting an evidentiary hearing on this motion, and granting such other further relief as the Court deems just and proper.

Dated:  New York, New York
          May 8, 2008

                                         LEONARD F. JOY, ESQ.
                                         Federal Defenders of New York
                                         Attorney for Defendant
                                         **JOSEPH JORDAN**
                                         52 Duane Street - 10th Floor
                                         New York, New York 10007
                                         Tel.: (212) 417-8764

                                         */s/ Fiona Doherty*
                                         **FIONA DOHERTY, ESQ.**
                                         Of Counsel

TO:   MICHAEL J. GARCIA, ESQ.
      United States Attorney
      Southern District of New York
      One. St. Andrew's Plaza
      New York, New York 10007
      Attn: **HOWARD MASTER, ESQ.**
          Assistant United States Attorney