UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA         :

        v.                        :

JOSEPH JORDAN,                   :

        Defendant.        :

------------------------------------------------------------x

**AFFIRMATION**

08 Cr. 124 (DLC)

      I, Joseph Jordan, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

      1.    I am the defendant in the above-captioned case, and I make this affirmation in support of a motion pursuant to Federal Rules of Criminal Procedure 12 and 41 to suppress custodial statements obtained by law enforcement authorities in violation of my rights under the United States Constitution. Since the purpose of this affirmation is to demonstrate that my constitutional rights were violated, my attorney has advised me that it is not necessary to include every detail of what occurred, and I have not done so.

      2.    On January 11, 2008, I was arrested in the vicinity of Essex Street on the Lower East Side of Manhattan. After my arrest, I was transported to an FBI office.

      3.    After arriving at the FBI office, I was brought into a room, where I was questioned by FBI agents. The agents asked me if I would sign a document, which said in sum and substance that I would agree to talk to them. I declined to sign the document and informed them that I wanted a lawyer present for any questioning.

      4.    The agents informed me that they could arrange for me to get a lawyer, but then

they continued to question me. In response to their questions, I made statements about Simone Thenault's aunt in London. Under questioning, I also made statements concerning a Connecticut warrant and statements concerning Simone Thenault and her mother. I do not believe that any of these statements were made before I requested a lawyer.

5. Based on my conversations with my lawyer, I believe my rights under the United States Constitution were violated as a result of the agents' questioning.

**WHEREFORE**, it is respectfully requested that this Court enter an order suppressing these statements.

I declare under penalty of perjury that the foregoing is true and accurate.

Dated:  New York, New York
        April 1, 2008

_____
JOSEPH JORDAN