UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA              :

         v.                                              :

JOSEPH JORDAN,                            :

         Defendant.                         :

--------------------------------------------------------x

**NOTICE OF MOTION**

08 Cr. 124 (DLC)

**PLEASE TAKE NOTICE**, that upon the annexed affirmation of Fiona Doherty, Esq., and the accompanying Memorandum of Law, the undersigned will move this Court, before the Honorable Denise L. Cote, United States District Judge for the Southern District of New York, at a time to be designated by the Court, for an order, pursuant to Rules 7(c) and 12(b)(3) of the Federal Rules of Criminal Procedure, dismissing the first two counts of the indictment, or in the alternative requiring the Government to provide a bill of particulars under Rule 7(f) of the Federal Rules of Criminal Procedure..

Dated:  New York, New York
        May 8, 2008

                                        LEONARD F. JOY, ESQ.
                                        Federal Defenders of New York
                                        Attorney for Defendant
                                        **JOSEPH JORDAN**
                                        52 Duane Street - 10th Floor
                                        New York, New York 10007
                                        Tel.: (212) 417-8764

                                        */s/ Fiona Doherty*
                                        FIONA DOHERTY, ESQ.
                                        Of Counsel

TO:  MICHAEL J. GARCIA, ESQ.
     United States Attorney
     Southern District of New York
     One. St. Andrew's Plaza
     New York, New York 10007
     Attn: **HOWARD MASTER, ESQ.**
        Assistant United States Attorney