UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA          :

        v.                              :

JOSEPH JORDAN,                    :

        Defendant.              :

--------------------------------------------------------x

**NOTICE OF MOTION**

08 Cr. 124 (DLC)

     **PLEASE TAKE NOTICE**, that upon the annexed affirmation of Fiona Doherty, Esq., and the accompanying Memorandum of Law, the undersigned will move this Court, before the Honorable Denise L. Cote, United States District Judge for the Southern District of New York, at a time to be designated by the Court: (1) for an order, pursuant to Rules 8(a) and 14(a) of the Federal Rules of Criminal Procedure, for misjoinder and/or severance of the indictment; and (2) for an order suppressing documents and materials seized from Mr. Jordan following his arrests on January 11, 2008 and March 3, 2008 in violation of the Fourth Amendment to the United States Constitution, or for an order granting an evidentiary hearing on this motion, and (3) for an order granting such other further relief as the Court deems just and proper.

Dated:  New York, New York
         June 13, 2008

                LEONARD F. JOY, ESQ.
                Federal Defenders of New York
                Attorney for Defendant
                **JOSEPH JORDAN**
                52 Duane Street - 10th Floor
                New York, New York 10007
                Tel.: (212) 417-8764

                *Fiona Doherty*
                **FIONA DOHERTY, ESQ.**
                Of Counsel

TO:    MICHAEL J. GARCIA, ESQ.
United States Attorney
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007
Attn: **HOWARD MASTER, ESQ.**
Assistant United States Attorney