```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA              :    ORDER

        -v.-                          :    S1 08 Cr. 124 (DLC)

JOSEPH RAY JORDAN,                    :
     a/k/a "Patrick Jordan,"
     a/k/a "Joe Jordan,"              :
     a/k/a "Douglas Fidler,"
     a/k/a "Joseph Landa,"            :
     a/k/a "Jason Kaufman,"
     a/k/a "Matthew McGlasson,"       :

                Defendant.            :

- - - - - - - - - - - - - - - - - - - - x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08

Upon the application of the United States of America, it is hereby

ORDERED that the Clerk of Court is directed to seal the documents reflected in ~~remove~~ docket entry number 19, entitled "MEMORANDUM in Opposition by USA as to Joseph Ray Jordan re 11 FIRST MOTION to Dismiss Counts One and Two of the Indictment or in the Alternative, For A Bill of Particulars., 7 FIRST MOTION to Suppress Post-Arrest Statements., 16 FIRST MOTION for Separate Trial on Counts Joseph Ray Jordan (1) Count 1,1s,2,2s,3,3s.

FIRST MOTION to Suppress Property Seized Upon Arrest.." from the public filings [dc] ~~docket~~ in the captioned case, and remove them

SO ORDERED:

Dated:     New York, New York
           June 27, 2008

                                    _____
                                    THE HONORABLE DENISE L. COTE
                                    UNITED STATES DISTRICT JUDGE


It is further Ordered
dc