UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------x

| | | |
|---|---|---|
| **United States of America,** | : | **NOTICE OF APPEARANCE AND REQUEST FOR** |
| | : | **ELECTRONIC NOTIFICATION** |
| - v - | | |
| | : | 08 CR 124 (DLC) |
| Joseph Jordan, | | |
| | : | |

-----------------------------------x

To:   Clerk of Court
      United States District Court
      Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a filing user to whom Notices of Electronic Filing will be transmitted in this case.

                                        Respectfully Submitted,

                                               /S/

                                        **Julia L. Gatto**
                                        Assistant Federal Defender
                                        52 Duane Street
                                        New York, N.Y. 10007
                                        (212) 417-8750
                                        Julia_gatto@fd.org

TO:   Attorneys of Record