```
                                          ┌─────────────────────────────┐
                                          │ USDC SDNY                   │
                                          │ DOCUMENT                    │
                                          │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT              │ DOC #: _____        │
SOUTHERN DISTRICT OF NEW YORK             │ DATE FILED: 8/20/08         │
------------------------------------X     └─────────────────────────────┘
                                    :
UNITED STATES,                      :
                       Plaintiff,   :
                                    :     08 Cr. 124 (DLC)
          -v-                       :
                                    :          ORDER
JOSEPH JORDAN,                      :
                       Defendant.   :
                                    :
------------------------------------X
```

DENISE COTE, District Judge:

A suppression hearing will be held in this matter tomorrow.

The defendant has moved to suppress items seized from his person

on the ground that the Government will be unable to support

their admission at trial under the "inventory search" doctrine.

The defendant has not provided any legal authority, however,

that limits the Government's right to introduce at trial items

seized from the defendant's person pursuant to a lawful arrest,

and the fruits of any investigation conducted from examination

of those items.  Accordingly, it is hereby

ORDERED that the defendant shall serve on the Government

and fax to this Court by 9:00 a.m. on August 21 any such legal

authority.  In the absence of such authority, the hearing will

be limited to the motion to suppress the defendant's post-arrest

statements.

    SO ORDERED:

Dated:    New York, New York
           August 20, 2008

                        DENISE COTE
             United States District Judge