UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                               :
UNITED STATES OF AMERICA,          :
                                               :
                -v-                      :           08cr124 (DLC)
                                               :
JOSEPH JORDAN,                      :           18cv3372 (DLC)
                                               :
                   Defendant.       :
                                                 :           <u>ORDER</u>
----------------------------------------X

DENISE COTE, District Judge:

    On December 16, 2019, defendant filed a <u>pro se</u> motion for return of property under the criminal docket.  On August 4, 2020, he renewed his motion under the docket of his petition for a writ of habeas corpus.  Accordingly, it is hereby

    ORDERED that the Clerk of Court shall assign a civil docket number to these motions and assign the case to this Court's docket.

    SO ORDERED:

Dated:   New York, New York
          December 21, 2020

                                          _____
                                              DENISE COTE
                                     United States District Judge