```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :    18cv3372(DLC)
UNITED STATES OF AMERICA,               :    08cr0124(DLC)
                                        :
            -v-                         :       ORDER
                                        :
JOSEPH JORDAN,                          :
                                        :
                    Defendant.          :
                                        :
----------------------------------------X
```

DENISE COTE, District Judge:

On February 19, 2021, Joseph Jordan, proceeding *pro se*, filed a request for a free copy of his civil docket sheet. Accordingly, it is hereby

ORDERED that the Clerk of Court shall mail a copy of docket sheet in 18-cv-3372 along with this Order to Joseph Jordan and note mailing on the docket. Jordan should note that any future requests for a free copy of the docket are subject to review of the Court and may not be granted.

SO ORDERED:

Dated:   New York, New York
         March 1, 2021

                                    _____
                                           DENISE COTE
                                    United States District Judge