```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :
                                         :        18cv3372 (DLC)
              -v-                        :        08cr124 (DLC)
                                         :
JOSEPH JORDAN,                           :            ORDER
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On March 11, 2021, Joseph Jordan filed a document styled as a "Verified Notice to Court & Request for Appropriate Action". In that filing, he requested that this Court both consider his Rule 60(b) motion on the merits and order that the government return his seized property. Jordan is hereby advised that his Rule 60(b) motion was denied in an Opinion and Order dated December 21, 2020. Jordan is further advised that his motion for return of property was denied on March 15, 2021 because he failed to comply with this Court's January 20, 2021 Order requiring him to pay the filing fee or submit an in forma pauperis application and prisoner authorization on Docket No. 20-cv-10812 within 45 days of the Order. It is hereby

ORDERED that the Clerk of Court shall mail Jordan a copy of this Order and note mailing on the docket.

SO ORDERED:

Dated:   New York, New York
         March 15, 2021

                                     _____
                                         DENISE COTE
                                    United States District Judge

Case 1:08-cr-00124-DLC   Document 286   Filed 03/15/21   Page 3 of 3