UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
    UNITED STATES OF AMERICA,

                -v-

    JOSEPH JORDAN,

                Defendant.

------------------------------------------X

18cv3372 (DLC)
08cr124 (DLC)

ORDER

DENISE COTE, District Judge:

On April 12, 2021, Joseph Jordan, proceeding pro se, filed a request for free copies of several Orders issued by this Court and for free copies of his civil docket sheet. It is hereby

ORDERED that Jordan's request for a copy of this Court's December 21, 2020 Order in Dkt. No. 18-cv-3372 is granted.

IT IS FURTHER ORDERED that Jordan's other requests are denied. Jordan previously filed a request for free copies of his docket sheets on February 19, 2021, and the Court granted the request. Jordan should be advised that requests for copies of his docket sheets made more frequently than once per year are unlikely to be granted.

SO ORDERED:

Dated: New York, New York
       May 4, 2021

                                    _____
                                        DENISE COTE
                             United States District Judge

Copy mailed to:
JOSEPH RAY JORDAN (Register #: 60818-054)
FCI BUTNER MEDIUM I
FEDERAL CORRECTIONAL INSTITUTION
P.O. BOX 1000
BUTNER, NC 27509