UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
UNITED STATES OF AMERICA,                  :
                                           :     18cv3372 (DLC)
            -v-                            :     08cr124 (DLC)
                                           :
JOSEPH JORDAN,                             :     ORDER
                                           :
            Defendant.                     :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

Joseph Jordan has appealed the Orders of this Court docketed at Nos. 281, 283, 286, and 288 in Case No. 08cr124 (DLC). It is hereby

ORDERED nunc pro tunc that the petitioner has not made a substantial showing of a denial of a federal right and that, to the extent any of the Orders are construed as a denial of a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2255, a certificate of appealability shall not be granted. Hoffler v. Bezio, 726 F.3d 144, 154 (2d Cir. 2013); Tankleff v. Senkowski, 135 F.3d 235, 241 (2d Cir. 1998); Rodriquez v. Scully, 905 F.2d 24, 24 (2d Cir. 1990).

IT IS FURTHER ORDERED nunc pro tunc that pursuant to 28 U.S.C. § 1915(a)(3), any appeal from the Orders would not be taken in good faith. Coppedge v. United States, 369 U.S. 438, 445 (1962).

IT IS FURTHER ORDERED that the Clerk of Court shall mail Jordan a copy of this Order and note mailing on the docket.

SO ORDERED:

Dated: New York, New York
June 4, 2021

                                    _____
                                        DENISE COTE
                               United States District Judge