UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                                 :   18cv3372(DLC)
UNITED STATES OF AMERICA,       :   08cr0124(DLC)
                                                 :
            -v-                  :         ORDER
                                                 :
JOSEPH JORDAN,                   :
                                               :
                        Defendant.   :
                                               :
----------------------------------------X

DENISE COTE, District Judge:

    Pursuant to the Second Circuit's Order of November 15, 2021, it is hereby

    ORDERED that Jordan's March 2, 2021 notice of appeal is construed as a motion for the extension of the time to appeal, pursuant to Rule 4(a)(5), Fed. R. App. P.

    IT IS FURTHER ORDERED that Jordan's Rule 4(a)(5) motion is granted. The deadline to file a notice of appeal of this Court's December 21, 2020 Memorandum Opinion and Order denying his motion for reconsideration is extended, <u>nunc pro tunc</u>, to **March 22, 2021.**

    IT IS FURTHER ORDERED that the Clerk of Court shall mail a copy of this Order to Jordan and note mailing on the docket.

    SO ORDERED:

Dated:    New York, New York
           November 16, 2021

                                                      DENISE COTE
                                      United States District Judge